FRANK POLLOCK, as Commissioner of Public Welfare of the County of Erie, Respondent, v. CLIFFORD BAUER, Appellant.— Order affirmed, without costs. All concur. (The order denies defendant's motion for a new trial on the ground of newly-discovered evidence in a filiation proceeding.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

CLAUDE KING, Respondent, v. F. LEE CRADDOCK and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. All concur. (The orders deny motions to make the complaint more definite and certain in an action to set aside transfers of stock.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

THE CITY OF BUFFALO, Respondent, v. EASTERN STEAMSHIP COMPANY, LIMITED, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and complaint dismissed, with ten dollars costs. Memorandum: We find that the court erred in matter of discretion. (See *Wheeler* v. *Duell*, 230 App. Div. 392.) All concur, except Crosby, J., who dissents and votes for affirmance. (The order restores the case to the trial calendar in an action to recover charges for use of dock.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

LYMAN H. FORD, Respondent, v. IRVING AIR CHUTE COMPANY, INCORPORATED, Appellant.— Order modified and, as modified, affirmed, without costs on this appeal to either party. Memorandum: While we doubt whether any defenses affirmative in their nature are set up in the answer, still we need not pass upon this at this time, for we are of the opinion that under paragraphs 1 and 2 of the notice for examination the plaintiff will be granted all the relief which is necessary and to which he is entitled under the pleading. All concur. (The order denies defendant's motion to modify plaintiff's notice of examination before trial of defendant's president in an action to recover unpaid salary.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

LEONA DODGE, Respondent, v. THE NIAGARA FALLS GAZETTE PUBLISHING COMPANY, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Memorandum: We do not think that the words complained of are, so far as the plaintiff is concerned, reasonably capable of the construction which she seeks to place upon them. They are not libelous *per se*, and, as no special damages are alleged, no cause of action is set up in the complaint. All concur. (The order denies defendant's motion to dismiss the complaint in an action for libel.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.